# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                        Bankruptcy No. 18-11436-MDC

ALEX D SANTIAGO

6128 GLENLOCH STREET

PHILADELPHIA, PA 19135

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ALEX D SANTIAGO

6128 GLENLOCH STREET

PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 6/28/2018

                                  _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee