IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :       Chapter 13

Alex D. Santiago                      :       Case No. 18-11436- mdc
xxx-xx-4480


        Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall deduct
from the wages of the debtor, beginning with the next pay period after
receipt of the Order the sum of

                    $167.50 EVERY TWO WEEKS.

     The employer shall continue these deductions until further Order of this
Court and shall remit all monies withheld from the Debtor's wages at least
monthly, or more frequently to the Standing Trustee whose name and address
appear below

                        *Magdeline D. Coleman*
                                                        August 15, 2018
        _____
        HONORABLE MAGDELINE D. COLEMAN        DATED:
        UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:            David M. Offen Esq.
William C. Miller, Trustee         Suite 160 West, Curtis Ctr.
P.O. Box 1799                      Philadelphia, PA 19106
Memphis, TN  38101-1799            (215) 625-9600


Payroll Controller
Holtec International
2500 Broad way
camden, NJ