United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 18-11436-mdc
Alex D. Santiago                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Aug 16, 2018
                               Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
```
db             +Alex D. Santiago,    6128 Glenloch Street,    Philadelphia, PA 19135-3613
               +Holtec International,    2500 Broad Way,    Camden, NJ 08104-2409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Alex D. Santiago dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Alex D. Santiago<br>xxx-xx-4480 | : | Case No. 18-11436- mdc |
| Debtor | | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$167.50 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_Magdeline D. Coleman_                          August 15, 2018

HONORABLE MAGDELINE D. COLEMAN         DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:           David M. Offen Esq.
William C. Miller, Trustee        Suite 160 West, Curtis Ctr.
P.O. Box 1799                     Philadelphia, PA 19106
Memphis, TN  38101-1799           (215) 625-9600


Payroll Controller
Holtec International
2500 Broad way
camden, NJ