# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11436-MDC

ALEX D SANTIAGO

6128 GLENLOCH STREET

PHILADELPHIA, PA 19135

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEX D SANTIAGO

    6128 GLENLOCH STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                               /S/ William C. Miller

Date: 9/7/2018                                _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee