United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-11436-mdc
Alex D. Santiago                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: CarolP              Page 1 of 2               Date Rcvd: Oct 12, 2018
                             Form ID: pdf900           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
```
db            +Alex D. Santiago,   6128 Glenloch Street,   Philadelphia, PA 19135-3613
14067191      +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
14067195      +Asset Maximization Group. Inc,   26-12 Borrough Pl,   Suite 6B,   Woodside, NY 11377-7835
14067199     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin St,
                 Woodland Hills, CA 91367)
14067201       Central Credit Service,   550 N Regency Square Blv,   Jacksonville, FL 32225
14067203      +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
14067204      +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
14067206      +KML Law Group,   Suite 5000 - Mellon Independence Ctr.,   701 Market Street,
                 Philadelphia, PA 19106-1538
14067211      +PGW,   Credit and Collections Department,   800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14067212      +Philadelphia Co Drs,   34 S 11th St Rm 304,   Philadelphia, PA 19107-3623
14067214      +RMP Greensburg,   Attn: Bankruptcy Dept,   Po Box 349,   Greensburg, IN 47240-0349
14067216       Time Investment Comp,   929 E North River,   West Bend, WI 53095
14161625      +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,   211 North Front Street,
                 Harrisburg, PA 17101-1406
14067217      +United Rev,   Po Box 1184,   Langhorne, PA 19047-6184
14067213       philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:50     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2018 02:44:10     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2018 02:44:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14182758       E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:50     City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
14067202       E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:50     City of Philadelphia - Law Dept.,
                One Parkway Bldg.,   1515 Arch Street, 14th Fl,   Philadelphia, PA 19107
14067205      +E-mail/Text: bankruptcy@flagshipcredit.com Oct 13 2018 02:44:34     Flagship Credit Acceptance,
                Po Box 965,   Chadds Ford, PA 19317-0643
14067210      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 13 2018 02:43:52     PECO,
                2301 Market Street,   Philadelphia, PA 19103-1380
14067208      +E-mail/Text: blegal@phfa.org Oct 13 2018 02:44:29     Pa Housing Finance Age,   Po Box 8029,
                Harrisburg, PA 17105-8029
14067215       E-mail/Text: bankruptcy@td.com Oct 13 2018 02:44:30     TD Bank,   POBox 1377,
                Lewiston, ME 04243-1377
14067218       E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:50     Water Revenue Bureau,
                1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14067207       Marlene Burgos,   Unknown
14067192*     +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
14067193*     +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
14067194*     +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
14067196*     +Asset Maximization Group. Inc,   26-12 Borrough Pl,   Suite 6B,   Woodside, NY 11377-7835
14067197*     +Asset Maximization Group. Inc,   26-12 Borrough Pl,   Suite 6B,   Woodside, NY 11377-7835
14067198*     +Asset Maximization Group. Inc,   26-12 Borrough Pl,   Suite 6B,   Woodside, NY 11377-7835
14067200*    ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin St,
                 Woodland Hills, CA 91367)
14067209*     +Pa Housing Finance Age,   Po Box 8029,   Harrisburg, PA 17105-8029
14163164*     +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,   211 North Front Street,
                 Harrisburg, PA 17101-1406
                                                                                 TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: CarolP              Page 2 of 2                   Date Rcvd: Oct 12, 2018
                               Form ID: pdf900           Total Noticed: 25
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Alex D. Santiago dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Alex D. Santiago              :    Chapter 13

          Debtor(s)                    :    Bankruptcy No. 18-11436-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

This chapter 13 bankruptcy case is **DISMISSED**.

Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

Any wage orders previously entered are **VACATED**.

Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.     If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 10/11/18

                                                        MAGDELINE D. COLEMAN
                                                        UNITED STATES BANKRUPTCY JUDGE