```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                          :      CHAPTER 13
    Alex D. Santiago               :      No. 18-11436-MDC
        Debtor                     :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated October 11, 2018 was served upon all creditors and interested parties via first class mail on October 12, 2018.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

11/14/18