**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:   Alex D. Santiago** )    **Chapter 13** | |
| **Debtor** ) | |
| ) **No. 18-11436-MDc** | |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

                                                                **/s/David M. Offen**
                                                                **David M. Offen**
                                                                **Attorney for Debtor**

**Date: 11/14/18**